## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SAMANTHA OLSCHANSKY,** | * | **CASE NO. 1:20-cv-02751-DCN** |
| **Plaintiff** | | **District Judge Donald C. Nugent** |
| **vs.** | * | |
| **IMEX, INC. d/b/a KEVIN TRANGLE & ASSOCIATES, et al.** | | **FINAL DISMISSAL ENTRY WITH PREJUDICE AS TO ALL CLAIMS** |
| | * | |
| **Defendants** | | |

It appearing to the Court that all claims herein pending have been fully compromised and settled, it is, therefore:

**ORDERED, ADJUDGED AND DECREED** that all claims are hereby **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.

_/s/ Donald C. Nugent 11/4/2021_
DONALD C. NUGENT
United States District Judge

_/s/ Michael R. Briach_ per email approval 10/26/21
Matthew A. Dooley (0081482)
Michael R. Briach (0097986)
O'Toole, McLaughlin, Dooley & Pecora Co. LPA
5455 Detroit Road
Sheffield Village, OH 44054
(440) 930-4001
mdooley@omdplaw.com
mbriach@omdplaw.com
Attorneys for Plaintiff Samantha Olschansky

*/s/ Anne P. Keeton*

Anne P. Keeton (0076811), Trial Attorney
Lisa A. Hesse (0042120) Co-Counsel
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
(937) 913-0110
akeeton@ffalaw.com
lhesse@ffalaw.com
Attorneys for Defendant s IMEX, Inc d/b/a
Kevin Trangle & Associates and
Kevin L. Trangle, M.D.